BETY JAVIDZAD (Bar No. 240598)
bety.javidzad@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

Attorneys for Defendant
FOH Online Corp.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| JOANNA DAMIANO, individually and on behalf of other similarly situated,<br><br>    Plaintiff,<br>v.<br><br>FOH ONLINE CORP., a Delaware corporation,<br><br>    Defendant. | Case No. 2:18-cv-03060-MCE-CKD<br><br>**STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint served: January 8, 2019<br>Current response date: February 26, 2019<br>New response date: March 19, 2019 |

    Defendant FOH Online Corp. ("Defendant") on the one hand, by and through its attorney of record, and Joanna Damiano ("Plaintiff") on the other hand, by and through her attorneys of record, hereby stipulate and agree as follows.

## RECITALS

    1.    Plaintiff filed a Complaint against Defendant on November 27, 2018.

    2.    The Complaint was served on January 8, 2019.

    3.    According to the Federal Rules, January 29, 2019, was the deadline for Defendant to answer or otherwise respond to the Complaint.

- 1 -

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

110261998\V-1

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

4. Pursuant to Local Rule 6(a), the parties stipulated to a 28 day extension of this deadline to February 26, 2019.

5. The parties are engaged in good faith discussions that may result in resolution of this matter prior to Defendant responding to the Complaint.

6. At present, the parties are awaiting additional information from the Plaintiff that will hopefully assist in the prompt resolution of this matter. Accordingly, the parties desire additional time for Defendant to answer or otherwise respond to the Complaint.

7. The parties request this short 21-day extension in good faith.

NOW THEREFORE, in consideration of the facts set forth above, the parties hereby stipulate and agree as follows:

1. The deadline for Defendant to answer or otherwise respond to the Complaint shall be continued from February 26, 2019, to March 19, 2019; and

2. Defendant does not waive any defenses to the Complaint or its right to move to dismiss or otherwise move on the Complaint.

IT IS SO STIPULATED.

Dated: February 12, 2019   DENTONS US LLP

By: */s/ Bety Javidzad*
       Bety Javidzad

Attorney for Defendant
FOH Online Corp.

Dated: February 12, 2019   WOODROW & PELUSO, LLC

By: */s/ Steven L. Woodrow*
       (*as authorized on February 12, 2019*)
       Steven L. Woodrow

Attorney for Plaintiff Joanna Damiano

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

110261998\V-1

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1. The deadline for Defendant to answer or otherwise respond to the Complaint shall be continued from February 26, 2019, to March 19, 2019; and

2. Defendant does not waive any defenses to the Complaint or its right to move to dismiss or otherwise move on the Complaint.

IT IS SO ORDERED.

Dated: February 14, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT